IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWARD QUENTIN ANDERSON,

    Petitioner,

v.

J.S. WALTON,

    Respondent.                    No. 13-cv-643-DRH-DGW

## ORDER

**HERNDON, Chief Judge:**

Before the Court is petitioner's motion to dismiss with prejudice (Doc. 11). Petitioner moves to voluntary dismiss this case with prejudice under Fed. R. Civ. P. 41(a)(1). On this basis, the Court dismisses this case with prejudice. The Clerk is instructed to close the file and enter judgment accordingly.

**IT IS SO ORDERED**.

Signed this 30th day of September, 2013.

Digitally signed by
David R. Herndon
Date: 2013.09.30
14:33:18 -05'00'

**Chief Judge
United States District Court**