## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWARD QUENTIN ANDERSON,

      Petitioner,

   -vs-

J S WALTON, *warden*,

      Respondent.              No. 13-cv-643-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on petitioner's Motion to Dismiss with Prejudice (Doc. 11) filed on September 30, 2013.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order (Doc. 12) entered by this Court on September 30, 2013, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** with prejudice.

                        **NANCY J. ROSENSTENGEL,**
                        **CLERK OF COURT**

                        **BY:**   **s/*Sara Jennings***          
                            **Deputy Clerk**

**DATED:** September 30, 2013

Digitally signed by
David R. Herndon
Date: 2013.09.30
15:29:57 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT